UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

V CARS, LLC,

        Plaintiff,

v.

CHERY AUTOMOBILE CO., LTD.,
et al.,

        Defendants.
_____/

CIVIL ACTION NO. 08-13113

DISTRICT JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE DONALD A. SCHEER

## **ORDER**

Plaintiff's Motion for Validation of Service of Process With Respect to Defendant Chery Automobile Co., Ltd. and Plaintiff's Motion for Substituted Service Pursuant to Fed.R.Civ.P. 4(f)(3) With Respect to Defendants Chery Automobile Company, Ltd., Chery Quantum Auto Company, Yin Tongyao and Kan Lei were referred to the undersigned magistrate judge for hearing and determination.

The motions were brought on for hearing on October 30, 2008. Having reviewed the motions, and having heard the arguments of counsel, I find as follows:

1. Plaintiff's Motion for Validation of Service of Process With Respect to Defendant Chery Automobile Co., Ltd. is withdrawn, on request of the moving party.

2. Plaintiff's Motion for Substituted Service Pursuant to Fed.R.Civ.P. 4(f)(3) With Respect to Defendants Chery Automobile Company, Ltd., Chery Quantum Auto Company, Yin Tongyao and Kan Lei is denied, for the reasons stated on the record.

        s/Donald A. Scheer  
        DONALD A. SCHEER  
        UNITED STATES MAGISTRATE JUDGE

DATED: November 12, 2008

_____

## CERTIFICATE OF SERVICE

I hereby certify on November 12, 2008 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on November 12, 2008: **None.**

        s/Michael E. Lang  
        Deputy Clerk to  
        Magistrate Judge Donald A. Scheer  
        (313) 234-5217